

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Caliber Americas LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007631 | 12/1/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007610 | 11/21/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007609 | 11/21/2022 | $20,981.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007552 | 11/10/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007523 | 11/4/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $155,443.07 | 2/3/2023 | 22007503 | 11/4/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112615 | $178,039.36 | 2/17/2023 | 22007453 | 10/21/2022 | $178,039.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113293 | $182,917.00 | 3/16/2023 | 22007572 | 11/16/2022 | $4,877.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113293 | $182,917.00 | 3/16/2023 | 22007531 | 11/7/2022 | $178,039.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113402 | $204,931.67 | 3/27/2023 | 22007676 | 12/7/2022 | $178,039.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113402 | $204,931.67 | 3/27/2023 | 22007652 | 12/5/2022 | $26,892.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113579 | $178,039.36 | 4/6/2023 | 22007617 | 11/23/2022 | $178,039.36 |
| **5 Preference Period transfer(s), $899,370.46** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114488 | $47,477.16 | 6/27/2023 | 10100041POST | 4/7/2023 | $47,477.16 |
| **1 Post Petition transfer(s), $47,477.16** | | | | | | | |

**Totals: 6 transfer(s), $946,847.62**